IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MACE LAVAL CAMPBELL,

       Petitioner,

v.                                        3:11cv2-WS/MD

SAM CULPEPPER,

       Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed September 1, 2011.  See Doc. 18.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied.  The petitioner has filed no objections to the report and recommendation.

      This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 18) is hereby ADOPTED and incorporated by reference into this order.

      2.  The petitioner's petition for writ of habeas corpus is DENIED.

      3.  The clerk shall enter judgment stating: "All claims are denied and the case is DISMISSED with prejudice."

      4.  A certificate of appealability is denied.

DONE AND ORDERED this <u>  11th  </u> day of <u>   October   </u>, 2011.

<u>s/ William Stafford                                    </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE